**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MICHAEL WONG,                       )
                                    )
                                    )
              Petitioner(s),        )
                                    )
      vs.                           )        Case No. 4:25-cv-01466-UNA
                                    )
US DEPARTMENT OF,                   )
HOMELAND SECURITY, *et al,*         )
                                    )
                                    )
                                    )
              Respondent(s).        )

**ORDER**

The above styled and numbered case was opened on September 29, 2025, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Sarah E. Pitlyk, United States District Judge, under cause number 1:25-cv-00159-SEP.

**IT IS FURTHER ORDERED** that cause number 4:25-cv-001466 UNA be administratively closed.

NATHAN M. GRAVES
CLERK OF COURT

Dated: September 29, 2025                 By: /s/Jason W. Dockery
                                          Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:25-cv-00159 SEP.**